LAW OFFICES OF BILL LATOUR
MARK VER PLANCK [CSBN: 310413]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 954-2380
   Facsimile: (909) 796-3402
   E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| CRYSTAL NINA KENNEDY, | No: 2:23-cv-02415-KK |
| Plaintiff, | [~~PROPOSED~~] ORDER AWARDING EAJA FEES |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of SIX THOUSAND NINE HUNDRED SEVENTY-SEVEN DOLLLARS AND 96/100 ($6,977.96) and zero costs ($0.00), subject to the terms of the stipulation.

DATE: November 16, 2023       _/s/ Kenly Kiya Kato_

                                      HON. KENLY KIYA KATO
                                      UNITED STATES MAGISTRATE JUDGE